NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29654
09-JUN-2011
12:27 PM**

NO. 29654

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee,
v.
MICHAEL JAMES GALON, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 07-1-0042K)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on May 26, 2011, is hereby corrected as follows:

1. On page 2, in the twenty-fifth line, subparagraph designation "(a)" should be moved and inserted between "occasion," and "the" so that as corrected, the text reads: "(3) on one occasion, (a) the Cooperator observed . . . ."

2. On page 3, in the sixteenth line, the word "was" that is between "reliable" and "required" should be changed to "were".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, June 9, 2011.


FOR THE COURT:

*Craig H. Nakamura*
Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.